

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2015

No. 04-14-00899-CV

Laura Leticia Zepeda **VASQUEZ**, Individually and on behalf of the Estate of Jose Abraham Vasquez,Jr.,
Appellants

v.

**LEGEND NATURAL GAS III, LP;** Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-07-00119-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

On June 15, 2015, we granted Appellants' unopposed first motion for extension of time to file a reply brief until July 10, 2015. *See* TEX. R. APP. P. 38.6(c), (d). On the due date, Appellants filed a second motion for extension of time to file the reply brief until August 9, 2015.

Appellants' motion is GRANTED. Appellants' reply brief must be filed by August 9, 2015. *See id.* R. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANTS' BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court